**Lacy E. LEWIS, Petitioner,**

v.

**STATE of Florida, Respondent.**

No. 1D16–1697.

District Court of Appeal of Florida, First District.

Nov. 17, 2016.

Lacy E. Lewis, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

Petitioner is granted a belated appeal of the August 31, 2015, final order denying defendant's motion for postconviction relief. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

ROWE, MAKAR, and KELSEY, JJ., concur.